# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 21-60666-CIV-SMITH/VALLE

DESIRAE SILVA,

    Plaintiff,

v.

ECO RESTORATION AND
CONSTRUCTION, LLC,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the United States Magistrate Judge's Report and Recommendation to District Judge [DE 20], in which the Magistrate Judge recommends granting the parties' Joint Motion for Court Approval of Settlement Agreement and for Order of Dismissal with Prejudice [DE 17]. The Magistrate Judge recommends further that the case be dismissed with prejudice and that the Court retain jurisdiction for the limited purpose of enforcing the terms of the parties' Settlement Agreement for a period of thirty (30) days. In response to the Report and Recommendation, the parties have filed a Joint Notice of Non-Objection to the Magistrate Judge's Report and Recommendation Approving FLSA Settlement Agreement [DE 21], indicating that neither party has an objection to the Report and Recommendation and requesting that the Court affirm and adopt the Report and Recommendation. Thus, having reviewed the Magistrate Judge's Report and Recommendation, the record, and the parties' Joint Notice of Non-Objection, it is

    **ORDERED** that:

    1. The Report and Recommendation to District Judge [DE 20] is **AFFIRMED** and **ADOPTED**.

2. The parties' Joint Motion for Court Approval of Settlement Agreement and for Order of Dismissal with Prejudice [DE 17] is **GRANTED**.

3. The Court will retain jurisdiction over this case for thirty (30) days for the limited purpose of enforcing the parties' Settlement Agreement.

4. This case is **DISMISSED with prejudice**.

5. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 7th day of July, 2021.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of record